No. 48123.—Protest 931039–G of S. H. Kress & Co. (Honolulu).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303) the claim at 25 percent under paragraph 210 was sustained.

BEFORE THE FIRST DIVISION, MARCH 24, 1943

No. 48124.—Petition 6345–R of M. A. Hoenecke (Minneapolis).

Opinion by Oliver, P. J. The petition was dismissed.

BEFORE THE SECOND DIVISION, MARCH 24, 1943

No. 48125.—Protest 925835–G of Schear & Schrader (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel the electric Christmas wreaths in question are similar to those involved in *United States* v. *Minami* (29 C. C. P. A. 169, C. A. D. 188). The claim at 35 percent under paragraph 353 was therefore sustained.

No. 48126.—Protest 56366–K of Nathan Schecter (Philadelphia).

Opinion by TILSON, J. It was stipulated that the wreaths in question are similar to those the subject of *United States* v. *Minami* (29 C. C. P. A. 169, C. A. D. 188). The protest was therefore sustained as to this item.

No. 48127.—Protests 84978–K, etc., of A. D. Cohen Co., Inc., et al. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) the claim at 25 percent under paragraph 1504 (b) (1) was sustained.

No. 48128.—Protest 89489–K of F. W. Myers & Co., Inc. (Detroit).

Opinion by TILSON, J. The examiner who passed the heater in question testified that investigation disclosed that the article was properly dutiable as claimed. The exhibit in this case shows the imported heater complete with its gasoline engine, air compressor, and fan. The claim at 27½ percent under paragraph 372 was sustained.